STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant SZEKERES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 12-00870 EMC |
| )| |
| Plaintiff,  ) | **STIPULATION AND [P~~ROPO~~SED]** |
| ) | **ORDER CONTINUING HEARING RE** |
| v.  ) | **REVOCATION OF SUPERVISED** |
| ) | **RELEASE** |
| MICHAEL SZEKERES,  ) | |
| ) | Current Date:   January 16, 2013 |
| Defendant.  ) | Proposed Date:  February 27, 2013 |
| ) | Time/Place:     2:30 p.m., Courtroom 5 |

The undersigned parties jointly stipulate as follows:

1. The Revocation of Supervised Release Hearing in this matter is currently set for January 16, 2013, at 2:30 p.m.

2. Defendant requests that the hearing be continued until February 27, 2013, at 2:30 p.m., or a date and time thereafter if more convenient for the Court. The reason for this request is that Defendant is currently in residential drug treatment at Hilltop Recovery, in Lake County, and the staff there believe that it would be best for Defendant to consistently remain in rehabilitation for *at least* thirty (30) days before he leaves the facility for any purpose. Mr. Szekeres entered the facility on or about January 3, 2013.

//

Stip. & [Prop.] Order Cont. Revoc. Hearing,
*Szekeres*, CR 12-00870 EMC

3.   Assistant U.S. Attorney Philip Kearney joins in this stipulation and has no objection to continuing the sentencing in this matter until February 27, 2013, at 2:30 p.m.

4.   Probation Officer Alan Ahlstrand has been contacted by defense counsel and has no objection to moving the hearing to February 27, 2013, at 2:30 p.m.

IT IS SO STIPULATED.

Dated: January 15, 2013
/s/
BRANDON M. LeBLANC
Assistant Federal Public Defender

Dated: January 15, 2013
/s/
PHILIP KEARNEY
Assistant United States Attorney

# [PRO~~POS~~ED] ORDER

For good cause shown, and for the above reasons stated by counsel, it is hereby ORDERED that the Revocation of Supervised Release Hearing currently calendared for January 16, 2013, is continued to **February 27, 2013, at 2:30 p.m.,** before this Court.

IT IS SO ORDERED.

1/15/13
Dated:_____

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)